IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Jason Jaco ,
Plaintiff(s),

v. Case No. 2:22-CV-00045

Next Level Hospitality Services, LLC ,
Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Next Level Hospitality Services, LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in ______________________.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in ______________ and with a principal place of business in _________________.

☐ This party is a privately held corporation, incorporated in __________________ and with a principal place of business in __________________.

☐ This party has parent corporations

If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

If yes, identify **on attached page(s)** all such owners.

[X] This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

[ ] This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

[ ] This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

[ ] Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 1-30-23

Signature: */s/ Morgan J. Hartgrove*

Printed Name: Morgan J. Hartgrove

Title: Attorney for Next Level Hospitality Services, LLC

**CERTIFICATE OF SERVICE**

**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## ATTACHMENT A

Defendant Next Level Hospitality Services, LLC ("Next Level") is a Delaware limited liability company with a principal place of business in New Jersey. Next Level is wholly owned by Aramark Healthcare Support Services, LLC, a Delaware limited liability company with a principal place of business in Pennsylvania. Aramark Healthcare Support Services, LLC's parent company (100%) is Aramark Services, Inc., a Delaware corporation with a principal place of business in Pennsylvania. Aramark Services, Inc. is a wholly owned by Aramark Intermediate HoldCo Corporation, a Delaware corporation with a principal place of business in Pennsylvania. Aramark Intermediate HoldCo Corporation is wholly owned by Aramark, a Delaware corporation with a principal place of business in Pennsylvania. Aramark is a publicly held corporation (NYSE Ticker: ARMK).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 30th day of January 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

J. Russ Bryant
Robert E. Morelli, III
Robert Emmett Turner, IV
JACKSON SHIELDS YEISER HOLT OWEN & BRYANT
262 German Oak Drive
Memphis, TN 38018
rbryant@jsyc.com
rmorelli@jsyc.com
rturner@jsyc.com

/s/ Morgan J. Hartgrove
Morgan J. Hartgrove