UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JASON JACO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:22-cv-00045 |
| | ) |
| NEXT LEVEL HOSPITALITY SERVICES, LLC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal With Prejudice (Doc. No. 50). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE